IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**RAMON MURILLO, ALEX GAMIO, CARLOS MURILLO, NELSON ANDINO, ANGEL MURILLO,** and all others similarly situated under 29 U.S.C. 216(b),

CASE NO. 23-cv-24888-PCH

**Plaintiffs**,

vs.

**ORBALLO STUDIO, LLC f/k/a DESIGN E'TE, LLC,** a Florida for profit Corporation, **MARIBLE MUNIZ,** an individual, and **MARCOS CRESPO,** an individual

**Defendants**.

_____/



CLOSED CIVIL CASE

### ORDER APPROVING THE PARTIES' SETTLEMENT AGREEMENT AND DISMISSING THE CASE WITH PREJUDICE

**THIS CAUSE** is before the Court upon the Parties' Joint Motion to Approve the Parties' Settle4ment Agreement and For Dismissal with Prejudice [ECF No. 17]. The Court, having reviewed the terms of the Agreement [ECF No. 17-1] and being otherwise fully advised in the premises, finds as follows:

1. Plaintiffs' Complaint [ECF No. 1] alleges violations of the Fair Labor Standards Act, 29 U.S.C. §201, *et seq.* ("FLSA").

2. Plaintiffs and Defendants have amicably settled all the controversies involved in this case. The essential elements of the settlement are described in the Settlement Agreement. [*See* ECF No. 17-1].

3. Plaintiffs and Defendants have stipulated, and the Court finds, that the settlement is a fair and reasonable settlement of the controversies involved in this case and comports with the policies underlying the FLSA.

Therefore, it is **ORDERED AND ADJUDGED**:

1. The Settlement Agreement executed by the Parties is **APPROVED.**

2. The case is **DISMISSED With Prejudice**.

3. The Court retains jurisdiction to enforce the Parties' Settlement Agreement.

**DONE AND ORDERED** in Chambers in Miami, Florida, on March 28, 2024.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE